UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ALVIN G. HESTER | * | CIVIL ACTION |
| VERSUS | * | NO. 05-2870 |
| UNITED STATES OF AMERICA & MAERSK LINE, LIMITED | * | SECTION "K" (2) |
| | * | JUDGE DUVAL |
| * * * * * * * * * | * | MAG. WILKINSON |

## ORDER

Considering the foregoing Joint Motion to Dismiss with Prejudice;

**IT IS HEREBY ORDERD, ADJUDGED AND DECREED** that the Joint Motion to Dismiss with Prejudice is **GRANTED**, and that all claims of plaintiff, Alvin G. Hester, against defendants, United States of America and Maersk Line, Ltd., be and are hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana this 29th day of May 2007.

_____
UNITED STATED DISTRICT JUDGE

375/3029

1